384 P.2d 135

**Jose D. GALLEGOS, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.**

**No. 35 HC.**

Supreme Court of New Mexico.

Aug. 12, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the case is being processed.